UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emily Duesing, *individually and on behalf of all those similarly situated*,<br><br>      Plaintiff,<br><br>v.<br><br>LifeTime Fitness, Inc. (d/b/a Life Time Fitness),<br><br>      Defendant. | File No. 23-cv-03384 (ECT/TNL)<br><br>**ORDER** |

Based on the Stipulation of Dismissal [ECF No. 18] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff Emily Duesing against Defendant LifeTime Fitness, Inc. in the above-captioned action are dismissed with prejudice and without attorneys' fees, costs, and expenses to any of the parties.

Dated: February 5, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court